UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN VIANEZ,<br><br>                Plaintiff,<br>  v.<br><br>WASHINGTON STATE PATROL,<br><br>                Defendants. | No. C13-5971 RJB-KLS<br><br>ORDER TO SHOW CAUSE |

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  On November 18, 2013, Plaintiff filed a proposed civil rights complaint.  Dkt. 1.  He did not pay the Court's filing fee or submit an application for leave to proceed *in forma pauperis* (IFP). *Id.*  On November 8, 2013, the Clerk advised Plaintiff that he must either submit the full $400.00 filing fee or submit an IFP application on or before December 9, 2013.  Dkt. 2.  To date, Plaintiff has neither submitted an IFP application nor paid the filing fee.  Accordingly, the Court **ORDERS:**

    (1)    Plaintiff shall pay the $400.00 filing fee or submit an IFP application for Court approval **on or before January 2, 2014.**  Plaintiff's failure to do so shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

ORDER - 1

1    (2)     The Clerk is directed to send a copy of this Order to Plaintiff.

2    **DATED** this 12th day of December, 2013.

                                                 Karen L. Strombom
United States Magistrate Judge

ORDER - 2