UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN VIANEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE PATROL,<br><br>                Defendant. | No. C13-5971 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the report and recommendation and the remaining record, hereby finds and **ORDERS**:

    (1)    The Report and Recommendation is approved and adopted;

    (2)    This action is dismissed **without prejudice** for Plaintiff's failure to pay the Court's filing fee or to submit a proper application to proceed in forma pauperis.

    (3)    Other than a Notice of Appeal, any document plaintiff files in this case in this court in the future will be docketed by the Clerk but will not be acted upon by the court.

    (4)    The Clerk is directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

**DATED** this 22nd day of January, 2014.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT & RECOMMENDATION - 1